Luke L. Dauchot (SBN 229829)
luke.dauchot@kirkland.com
Sharre Lotfollahi (SBN 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
KITE PHARMA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research,<br><br>Plaintiffs,<br><br>v.<br><br>Kite Pharma, Inc.,<br><br>Defendant. | CASE NO. 2:17-CV-06496-SJO-RAOx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: September 6, 2017<br>Current Response Date: September 27, 2017<br>New Response Date: October 27, 2017 |

## STIPULATION

Pursuant to Central District of California L.R. 8-3, Plaintiffs Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research ("Plaintiffs") and Defendant Kite Pharma, Inc. ("Defendant") stipulate and agree as follows:

WHEREAS, Defendant's response to the Complaint is currently due on September 27, 2017;

WHEREAS, Plaintiffs and Defendant agree to extend the due date for Defendant's response to the Complaint by thirty (30) days;

ACCORDINGLY, Plaintiffs and Defendant hereby stipulate to extend the filing date for Defendant's response to the Complaint to October 27, 2017.

SO AGREED.

DATED: September 20, 2017

KIRKLAND & ELLIS LLP

By: */s/ Sharre Lotfollahi*

Luke L. Dauchot (SBN 229829)
luke.dauchot@kirkland.com
Sharre Lotfollahi (SBN 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant,
Kite Pharma, Inc.

DATED: September 20, 2017

IRELL & MANELLA LLP

By: /s/ *Morgan Chu*

Morgan Chu (SBN 70446)
Alan J. Heinrich (SBN 212782)
Elizabeth C. Tuan (SBN 295020)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research

**SIGNATURE ATTESTATION**

  I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

DATED: September 20, 2017   KIRKLAND & ELLIS LLP

              By: */s/ Sharre Lotfollahi*
              Sharre Lotfollahi (SBN 258913)